**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
Chief Judge Robert Summerhays, Presiding


FILED
APR - 9 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**IN RE: BRANDON LEE ATCHISON**
       **MELISSA DAWN ATCHISON**

Case No. 02-50055

*********************************************************************************************

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appears that unclaimed money from the above cited bankruptcy case in the amount of $1,107.09 payable to creditor, Resurgent Capital Services, LP, c/o Joel Davis, Manager is being held on deposit in the Treasury of the United States. Claimant has filed an application through its attorney-in-fact for payment of these funds, and it appears proper in the premises; therefore,

**IT IS ORDERED** that the Clerk of this Court cause to be paid from the Treasury of the United States the amount of **$1,107.09**, adjusted as appropriate for interest and fees, to Resurgent Capital Services, LP, c/o Joel Davis, Manager; mail said payment to claimant, 15 South Main St., Greenville, SC 29601 and that they take a receipt for same.

Lafayette, Louisiana; ___9___ April ~~March~~ 2010.

**ROBERT SUMMERHAYS**
United States Bankruptcy Judge

COPY SENT
Date: 4/9/10
By: EP
To: UST
    TR
    DeLotan
    Financial
    Caswell