# Notice Recipients

District/Off: 0536−4          User: eprice          Date Created: 4/9/2010
Case: 02−50055               Form ID: pdf8         Total: 6

**Recipients of Notice of Electronic Filing:**
tr      W. Simmons Sandoz        wsstrustee@aol.com
ust     Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty     Viel P. Caswell, Jr.         VielPCaswell@bellsouth.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Brandon Lee Atchison      166 Whispering Pines      Eunice, LA 70535
db      Melissa Dawn Atchison     166 Whispering Pines      Eunice, LA 70535
cr      Resurgent Capital Services, LP      c/o Joel Davis, Manager      15 South main Street      Greenville, SC 29601

TOTAL: 3